

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAQUAY DERAY ARNOLD, | § | No. 08-23-00038-CR |
| Appellant, | § | Appeal from the |
| v. | § | 26th Judicial District Court |
| THE STATE OF TEXAS, | § | of Williamson County, Texas |
| Appellee. | § | (TC# 18-2437-K26) |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF JANUARY 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.